ROBERT A. LYVERS, Appellant, v. JESSIE L. LYVERS, Respondent.— Judgment and order so far as appealed from affirmed, without costs of this appeal to either party All concur, except Sears, P. J., who votes for reversal of the order and of the judgment, so far as appealed from, on the law and without prejudice to the entry by plaintiff of judgment on the referee's report, in accordance with section 1174 of the Civil Practice Act;* except also Crouch, J., who votes for reversal on the following grounds: (a) That the weight of the evidence sustains the findings of the referee; (b) that the Special Term, having referred the case to an official referee to hear, try and determine the issues, including the issue of custody, is without power to vary the decision of the referee; and (c) that even though a motion to confirm was proper, the authority of the Special Term was limited to confirming or rejecting the referee's decision in toto. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HERMAN K. HEUSSLER and Another, Appellants, v. JAMES PLAYFAIR, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BANKERS-COMMERCIAL SECURITY COMPANY, INCORPORATED, Respondent, v. IMPERIAL LAUNDRY, INCORPORATED, and Others, Defendants, Impleaded with FRANK A. BARONE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MAUDE F. LIBBY, as Ancillary Administratrix, etc., of HERBERT I. LIBBY, Deceased, Respondent, v. GEORGE W. KOHLMEYER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The moving papers fail to show that the third person sought to be brought in as a party defendant is or will be liable to the plaintiff for the claim made in the complaint against defendants. It is not necessary for us to pass upon the other grounds offered to sustain the order. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LOUISE V. WEISMANTLE, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 13784.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of WILLARD A. PEER and KATIE MAE HALL, as Administrators, etc., of SARAH PEER, Deceased.— Decree affirmed, with costs against the appellants. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [138 Misc. 247.]

In the Matter of the Estate of NICHOLAS J. HARDIKER, Deceased.— Decree affirmed, with costs against the appellant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE HERRING-CURTISS COMPANY, by FREDERICK P. KIMBALL and Others, Trustees of the Said Corporation, and Others, Appellants, v. GLENN H. CURTISS and Others, Respondents.— Motion for severance of action granted. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

* Amd. by Laws of 1927, chap. 220.— [REP.